In re: Johnny F. HARRIS,

Johnny F. Harris, Appellant,

v.

The Boyd G. Montgomery
Testamentary Trust,
Appellee.

No. 06–1757.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 28, 2007.

Filed: July 3, 2007.

Johnny F. Harris, Little Rock, AR, pro se.

Mark Wilson Hodge, Jason W. Earley, Chisenhall & Nestrud, Little Rock, AR, for Appellee.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Johnny F. Harris appeals from a decision of the Bankruptcy Appellate Panel (BAP), affirming the bankruptcy court's[1] order granting The Boyd G. Montgomery Trust (Trust) relief from the automatic stay. For reversal, Harris argues that he was not properly notified of the bankruptcy court's hearing on the Trust's motion, that the Trust violated the automatic stay, and that the bankruptcy court's actions violated his constitutional rights.

We apply the same review standards as the BAP, reviewing the bankruptcy court's factual findings for clear error and its legal conclusions de novo. *See In re Vote*, 276 F.3d 1024, 1026 (8th Cir.2002). Upon careful review, we agree with the BAP's thorough and well reasoned opinion disposing of all of Harris's arguments. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Audrey R. Evans, Chief Judge, United States Bankruptcy Court for the Eastern District of Arkansas.